# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| <u>JOHN ZERINGUE</u><br>*Plaintiff*<br><br>         v.<br><br><u>SANGHA ASSOCIATES, INC., ET AL</u><br>*Defendant* | Civil Action<br><br>No.: 21-cv-42<br><br>SECTION: S (5) |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes John Zeringue who respectfully informs the court a settlement agreement has been reached with defendant on this matter.  The parties will submit a Motion to Dismiss once the settlement is finalized.

Respectfully submitted,

*/s/Loyd J. Bourgeois, Jr.*
Loyd J. Bourgeois, Jr., La. Bar No. 29771
13755 River Road, Suite A
Luling, Louisiana 70070
Tel: (985) 240-9773; Fax: (866) 882-3988
Email: loyd@ljblegal.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2021 I electronically filed the foregoing NOTICE OF SETTLEMENT and same will be served upon all counsel via the Court's CM/ECF system.

*/s/Loyd J. Bourgeois, Jr.*
Loyd J. Bourgeois, Jr.