UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| John Zeringue,<br><br>        Plaintiff<br><br>v.<br><br>Sangha Associates, Inc., Dean Willard, and Emily Willard,<br><br>        Defendants. | Case No. 2:21-cv-0042-MVL-MBN |

## ORDER

Considering the above and foregoing Stipulated Dismissal filed by the Parties on April 29, 2021:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this the 30th day of April 2021.

_____
**UNITED STATES DISTRICT JUDGE**

1